# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | JASON MATTHEW BASS |
| **Case Number:** | 18-09026-JMC-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 26, 2019 01:00 PM   IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

Hearing on Trustee's Objection to Confirmation of Plan [2], [22]

**R / M #:**    0 / 0

**VACATED:   Agreed modification to plan filed 3/15/19**

### Appearances:

NONE

### Proceedings:

VACATED: Agreed modification to plan filed 3/15/19

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**